**Order filed May 15, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00414-CV
_____

### IN THE INTEREST OF M.D.C., A Child,

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2010-51514**

## ORDER

This is an appeal from an order terminating parental rights. The clerk's record was filed May 14, 2013.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the order terminating the parental rights of appellant, Ashley Johnson, signed April 12, 2013.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **May 20, 2013**, containing the order terminating the parental rights of appellant, Ashley Johnson, signed April 12, 2013.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM